STATE OF NORTH CAROLINA v. EDSON B. MICKLES

No. 7026SC632

(Filed 18 November 1970)

ON *certiorari* to review trial before *Falls, J.,* 27 October 1969 Session, MECKLENBURG Superior Court.

Defendant was charged with the offenses of felonious breaking or entering, and felonious larceny. Defendant was tried jointly with James Leon Kendrick whose appeal has been considered by opinion filed this same date. The facts as stated there apply equally to this appeal.

The State's evidence tended to show that during the early hours of the morning of 13 August 1969 the Oaklawn Super Market was broken into and a quantity of merchandise was stolen therefrom. Charges of felonious breaking or entering and felonious larceny were also lodged against James Leon Kendrick and Billy Frank Anderson. Mickles, the defendant involved in this appeal, and Kendrick were placed on trial together, and Anderson testified for the State. Kendrick and Mickles offered no evidence.

The testimony of Anderson tended to show that Mickles broke and entered the Oaklawn Super Market; that he, Anderson, also went in the building; that Kendrick was standing on the other side of the street; that Anderson and Mickles handed two bags of items taken from the store to Kendrick; and the three then went to an apartment nearby.

The jury found Mickles guilty as charged.

*Attorney General Morgan by Staff Attorney Blackburn for the State.*

*Thomas R. Cannon for defendant.*

BROCK, Judge.

It appears that the writ of *certiorari* was improvidently issued in this case. However, we have carefully reviewed the record and defendant's assignments of error, and we conclude that defendant had a fair trial free from prejudicial error.

No error.

Judges MORRIS and GRAHAM concur.